**09CR 511**

PROB 22
(Rev 2/88)

# TRANSFER OF JURISDICTION

| | |
|---|---|
| DOCKET NUMBER (Tran. Court) | 1:08CR00140-001 |
| DOCKET NUMBER (Rec. Court) | |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Anthony Butler | WD/NY | Buffalo |
| | NAME OF SENTENCING JUDGE | |
| JUDGE KOCORAS | Honorable Richard J. Arcara, Chief U.S. District Judge | |
| MAGISTRATE JUDGE COLE | DATES OF PROBATION/ SUPERVISED RELEASE | FROM      TO |

**OFFENSE**

Transfer of Obscene Material to Minor, in violation of Title 18 U.S.C. §1470.

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _Western_ DISTRICT OF _New York_

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the _Northern District of Illinois_ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.* Collection of restitution will be maintained by the sentencing district if the case is Joint and Several with other defendants.

_May 27, 2009_
DATE

_Richard J. Arcara_
UNITED STATES DISTRICT JUDGE

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _Northern_ DISTRICT OF _Illinois_

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

JUN 1 5 2009
EFFECTIVE DATE

UNITED STATES DISTRICT JUDGE

2009 MAY 28 PH 3:10 RECEIVED
U.S. PROBATION BUFFALO OFFICE

**FILED**
JUN 1 6 2009 TC
6-16-09
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT